IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:24cr107 HSO-RPM

ANDRES PAREDES-CORPUS   8 U.S.C. § 1326(a) and (b)(1)
a/k/a Andres Corpus-Paredes
a/k/a Jose Felix Paredes-Corpus
a/k/a Arnulfo Torres-Paz
a/k/a Manuel Dejesus Lopez-Rodriguez

**The Grand Jury charges:**

That on or about August 2, 2024, in Harrison County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **ANDRES PAREDES-CORPUS, a/k/a Andres Corpus-Paredes, a/k/a Jose Felix Paredes-Corpus, a/k/a Arnulfo Torres-Paz, a/k/a Manuel Dejesus Lopez-Rodriguez**, an alien to the United States, who previously had been lawfully deported or removed from the United States, was found in the United States having knowingly and unlawfully reentered without having received the consent of the Attorney General of the United States or of the Secretary of the Department of Homeland Security to apply for readmission to the United States.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

_____
TODD W. GEE
United States Attorney

A TRUE BILL:

s/signature redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 28 day of August 2024.

_____
UNITED STATES MAGISTRATE JUDGE